IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CCB-1-16-CR-00307 |
| | ) | |
| | ) | |
| JOHN M. KAYS | ) | |

**MOTION TO RESCHEDULE SENTENCING HEARING**

Defendant John M. Kays, through counsel, Andrew C. White, hereby moves this Honorable Court to reschedule the sentencing hearing in the above-captioned case and in support thereof, states as follows:

Sentencing in this case is currently set for May 11, 2018 at 3:00 p.m. As the Court is aware, this case involves Mr. Kays and his wife Danielle, both of whom pleaded guilty to offenses related to a bribery conspiracy with Matthew Barrow. The guilty pleas for Mr. & Mrs. Kays were wired in the sense that both were required to accept please pursuant to Rule 11(c)(1)(C). Mrs. Kays received a sentence of 18-months on November 15, 2017 (ECF 93) and, according to the Bureau of Prisons website, she will be released from custody on May 4, 2019. A copy of the web page regarding Mrs. Kays' status is attached as Exhibit 1.

Mr. Kays has agreed to a sentence of 72 months pursuant to Rule 11(c)(1)(C). Because the Kays are parents to two young children, the parties have agreed that Mr. Kays would be allowed to begin serving his sentence one week after the conclusion of Danielle Kays' completion of her sentence – May 11, 2019 – almost exactly one year from now.

The defendant requests that sentencing be rescheduled in this case because of recent developments regarding H.R. 3356, a bill that, if passed, would result, among other things, in the potential for increased transition time on home confinement for certain non-violent offenders. This bi-partisan bill entitled "The First Step Act" (which is backed by the White House) was recently approved by the House Judiciary Committee and is now scheduled to be voted on in the House of Representatives.   Attached as Exhibit 2 is a news report from The Hill dated today which details the status of the legislation.  *See* [http://thehill.com/regulation/legislation/386934-white-house-backed-prison-reform-bill-advances-in-house](http://thehill.com/regulation/legislation/386934-white-house-backed-prison-reform-bill-advances-in-house)  In this article, the bill's sponsor, Representative Doug Collins (R-GA), stated "I do feel that this is one of the pieces of legislation that will be signed into law this year."

The defendant requests that the sentencing hearing scheduled for May 11, 2018, be rescheduled because if he is sentenced on May 11, he might not be eligible for the reforms contained in the legislation if the bill becomes law but is not retroactively applied.   This request should also be granted because there is absolutely no prejudice to the Government given that Mr. Kays will not, in any event, commence service of his agreed-upon sentence in this case for about one year -- May 11, 2019.

Undersigned counsel has spoken to AUSA Joyce McDonald who informed counsel that she is opposed to the requested continuance.

WHEREFORE, the Defendant respectfully requests that the Court issue an order postponing the sentencing hearing in this case to allow the parties to gain further information about the First Step Act and to allow Mr. Kays to benefit from this legislation in the event it is

not retroactively applied.

                                          Respectfully submitted,

                                  _____/s/_____
                                  Andrew C. White
                                  Silverman, Thompson, Slutkin & White, LLC
                                  201 North Charles Street
                                  Suite 2600
                                  Baltimore, MD 21201
                                  (410) 576-2200

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 9, 2018, the foregoing motion was filed via ECF and a copy sent to AUSA Joyce McDonald, United States Attorney's Office, 36 South Charles Street, 4th Floor, Baltimore, MD 21201.

                                  _____/s/_____
                                  Andrew C. White