## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.  CCB- 16--0307** |
| **JOHN M. KAYS,** | |
| **Defendant.** | |

## GOVERNMENT'S OPPOSITION TO MOTION TO RE-SCHEDULE SENTENCING

Comes now the United States of America, by and through its undersigned attorneys, and opposes yet another re-scheduling of the sentencing in this case.

Government counsel has previously consented to re-scheduling the sentencing for Mr. Kays, but every case must conclude.  The parties agreed to a Rule 11(c)(1)(C) plea which provides that Mr. Kays will receive a 72 month sentence and will be permitted to serve his sentence after the conclusion of Mrs. Kays' service of her sentence. There is no reason to delay pronouncement of sentence.  The proffered reason for the continuance is wholly speculative; counsel would like for Mr. Kays to have the benefit of proposed legislation which **might** pass the House, **might** pass the Senate and **might** be signed into law but **might** not be retroactive. If this basis for a continuance is deemed adequate, the Defendant's sentencing could be postponed for years.

Moreover, an amendment to the bill making prisoners currently serving their sentences eligible for the change in computation of good time credits from 47 to 54 days has already been added to the proposed legislation, according to the news article provided to the Court.  *See* Defendant's Ex. 2 at p. 3.  If the bill becomes law as drafted, Mr. Kays (and Mrs. Kays) will

receive the benefit of the legislation.  Thus the proffered reason for the continuance lacks a sound basis.

For the foregoing reasons, the government requests that the Court deny the Motion and conclude the proceedings in this case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:     _____/s/_____
Joyce K. McDonald
Harry M. Gruber
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Opposition to Defendant's Motion for Re-scheduling was served on counsel for the defendant by filing in the Court's electronic filing system.

_____/s/_____
Joyce K. McDonald